IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHRISTOPHER DeVAUGHNS,**

    **Plaintiff,**

    vs.                                  Civil Action 2:10-CV-532
                                          Judge Marbley
                                          Magistrate Judge King

**STATE OF OHIO, DEPARTMENT
OF MENTAL HEALTH,** *et al.*,

    **Defendants.**

<u>**ORDER**</u>

    On December 19, 2011, the Magistrate Judge issued a *Report and Recommendation*, recommending that defendant's *Motion for Summary Judgment*, Doc. No. 13, be granted.  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

    The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED**.

| January 12, 2012 | s/Algenon L. Marbley |
|---|---|
| Date | United States District Judge |