**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**CHRISTOPHER DeVAUGHNS,**

    **Plaintiff,**

    **vs.**                             **Civil Action 2:10-CV-532
Judge Marbley
Magistrate Judge King**

**STATE OF OHIO, DEPARTMENT
OF MENTAL HEALTH,** *et al.***,**

    **Defendants.**

## ORDER

On December 19, 2011, the Magistrate Judge issued a *Report and Recommendation*, recommending that defendant's *Motion for Summary Judgment*, Doc. No. 13, be granted. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    January 12, 2012                        s/Algenon L. Marbley

          Date                              United States District Judge