**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**CHRISTOPHER DeVAUGHNS,**

  Plaintiff,

 vs.           Civil Action 2:10-CV-532
                 Judge Marbley
                 Magistrate Judge King

**STATE OF OHIO, DEPARTMENT OF MENTAL HEALTH,** *et al.***,**

  Defendants.

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

  IT IS ORDERED AND ADJUDGED That pursuant to the January 12, 2012 Order, the Court ADOPTED AND AFFIRMED the Report and Recommendation.  This action is hereby DISMISSED.

Date: **January 12, 2012**       James Bonini, Clerk

                  _s/Betty L. Clark_____
                  Betty L. Clark/Deputy Clerk